**Paul Michael BLAISE, Appellant,**

v.

**Dr. Jason SMITH; PSS Hope Prentice; PSS Hirschman; TPS Jennifer Macklem, Appellees.**

No. 09–1397.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 23, 2009.

Filed: Jan. 12, 2010.

Paul Michael Blaise, Cherokee, IA, pro se.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Paul Blaise appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Upon careful review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo review), we affirm the dismissal for the reasons stated by the district court, *see* 8th Cir. R. 47B. However, to the extent Blaise's claims for damages were dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), we modify the dismissal to be without prejudice, *see Schafer v. Moore*, 46 F.3d 43, 45 (8th Cir.1995) (per curiam) (dismissal under *Heck* should be without prejudice so plaintiff can refile if he satisfies *Heck* requirements).

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.